

United States Courts
Southern District of Texas
FILED

NOV 0 7 2022

Nathan Ochsner, Clerk of Court

# KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

| | | |
|---|---|---|
| **ALLISON COLLINS**<br>Assistant Attorney General<br>General Litigation Division | PHONE:<br>FAX:<br>EMAIL: | (512) 475-4058<br>(512) 320-0667<br>Allison.Collins@oag.texas.gov |

November 3, 2022

*Via USPS CMRR: 7015 1730 0000 0138 3166*

District Clerk's Office
515 Rusk Street
Houston, Texas 77002

    Re:    *Cause No. 4:19-cv-000263, Valerie Reiss v. Texas A&M University and Dr. John L. Junkins, in his official capacity;* In the United States District Court for the Southern District of Texas, Houston, Division.

Dear District Clerk:

    Enclosed please find a USB relating to the above referenced case. This USB pertains to Defendants' Motion for Summary Judgement – Exhibit #5. If you have any questions or concerns regarding the matter please do not hesitate to contact me by phone at (512) 676-1325 or via email at rudy.limas@oag.texas.gov. Thank you for your attention in this matter.

                            Sincerely,

                            */s/ Rudy Limas*
                            Rudy Limas, Legal Assistant
                            Assistant Attorney General
                            Attorney for Defendant

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711



7015 1730 0000 0138 3166

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

neopost
11/04/2022
US POSTAGE $012.0



ZIP 787
041L1220

NA
$12.05

United States Courts
Southern District of Texas
FILED

NOV 07 2022

Nathan Ochsner, Clerk of Court

United States Courthouse
District Clerk
515 Rusk Ave
Houston, TX 77002