United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| VALERIE REISS, | § § | |
| Plaintiff. | § § | |
| V. | § § | CIVIL ACTION NO. 4:21-cv-00263 |
| TEXAS A&M UNIVERSITY, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 24th day of August 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE