IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALERIE REISS, | § | |
| | § | CIVIL ACTION NO. 4: 21-cv-00263 |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| TEXAS A&M UNIVERSITY AND | § | |
| DR. JOHN L. JUNKINS, IN HIS | § | |
| OFFICIAL CAPACITY, | § | |
| | § | |
| | § | A JURY IS DEMANDED |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1), Plaintiff **VALERIE REISS** hereby gives notice of her appeal from the Final Summary Judgment Order entered August 24, 2023. Plaintiff appeals the above-referenced Order entered in the above-styled case to the Fifth Circuit Court of Appeals.

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

*/s/ Mark G. Lazarz*
**Mark G. Lazarz**
Texas Bar No. 12069100
mlazarz@eeoc.net
**Todd Slobin**
Texas Bar No. 24002953
tslobin@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the electronic filing system for the United States District Court for the Southern District of Texas on this the 20th day of September 2023.

Allison Marie Collins
**Office of the Attorney General**
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*/s/ Mark G. Lazarz*
**Mark G. Lazarz**