# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
September 05, 2024
Nathan Ochsner, Clerk of Court

No. 23-20462
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
August 14, 2024
Lyle W. Cayce
Clerk

Valerie Reiss,

*Plaintiff—Appellant,*

*versus*

Texas A&M University; Doctor John L. Junkins,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-263

---

Before Jones, Smith, and Dennis, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 23-20462

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued
as the mandate on Sep 05, 2024**

Attest:    *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 05, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20462   Reiss v. TX A&M University
                    USDC No. 4:21-CV-263

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Rachal*

                              By: _____
                              Christina C. Rachal, Deputy Clerk
                              504-310-7651

cc:
    Mrs. Allison Marie Collins
    Mr. Mark Gaston Lazarz
    Mr. Sidd Rao